**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

LESTER E. BROWN,                                                                                   PLAINTIFF
ADC #137598

v.                                            No. 2:11CV00186 JLH-JTK

DR. BALL                                                                                          DEFENDANT

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 6th day of December, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE